# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **CONNER SLEVIN,** an individual,       **PLAINTIFF,** v. **AB HOLLYWOOD, LLC,** a limited liability company,       **DEFENDANT.** | Case No._____ |

## SUMMONS IN A CIVIL ACTION

To: **AB HOLLYWOOD, LLC**, C/o C/O DAVID MITCHELL, 1785 WILLAMETTE FALLS DR., STE 2, WEST LINN, OR 97068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica Molligan, Attorney at Law, P.O. Box 16893, Portland, OR 97292.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated this the 26th day of September, 2023.

                                                By: /s/ Jessica Molligan_____
                                                     Jessica Molligan, OSB #001823