

Exhibit C
Page 1 of 4



Exhibit C
Page 2 of 4



Exhibit C
Page 3 of 4



Exhibit C
Page 4 of 4