# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF OREGON
# PORTLAND DIVISION

| | | |
|---|---|---|
| **CONNER SLEVIN,** an individual, | * * * | |
| PLAINTIFF, | * | |
| v. | * * | Case No. 3:23-CV-01404-YY |
| **AB HOLLYWOOD, LLC,** a limited liability company, | * * * | |
| DEFENDANT. | * | STIPULATED DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

IT IS SO STIPULATED this <u>July 1, 2024</u>.

/s/ Jessica Molligan
Jessica Molligan, OSB #001823
Attorney for Plaintiff
Email: jessicamolligan@comcast.net

/s/ Nicky Blumm
Nicky Blumm, OSB #226455
Attorney for Defendant
Email: nicky.blumm@lewisbrisbois.com