**Iain M. R. Armstrong, OSB #142734**
Iain.Armstrong@lewisbrisbois.com
**Nicky C. Blumm, OSB #226455**
Nicky.Blumm@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant AB Hollywood, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNER SLEVIN, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>AB HOLLYWOOD, LLC, a limited liability company,<br><br>   Defendant. | Case No. 3:23-cv-01404-YY<br><br>**DEFENDANT AB HOLLYWOOD, LLC'S WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS** |

**MOTION**

Pursuant to L. Civ. R. 7(b)(1) and Fed. R. Civ. P. 11, defendant AB Hollywood, LLC ("defendant") hereby moves to withdraw its Rule 11 Motion for Sanctions (ECF No. 26). The present Motion to Withdraw is supported by the accompanying Declaration of Nicky Blumm in Support of Defendant AB Hollywood, LLC's Motion to Withdraw Rule 11 Motion for Sanctions ("Blumm Decl.").

/ / /

DEFENDANT AB HOLLYWOOD, LLC'S WITHDRAWAL OF RULE 11
MOTION FOR SANCTIONS
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**FACTS & ARGUMENT**

On August 6, 2024, defendant filed a Fed. R. Civ. P. 11 Motion for Sanctions (ECF No. 26). In its motion, defendant noted the unique procedural posture of the Motion. Defendant noted that Ms. Molligan had been ordered—in another matter—to withdraw as counsel for plaintiff in all matters. Defendant further noted that plaintiff had filed a dismissal in the present case after defendant withdrew consent to stipulate to the dismissal. In light of the unique procedural posture of this matter, defendant intended for its Motion for Sanctions to alert the Court to that conduct and of the continuing need to address issues relating to plaintiff's lawsuit filed against defendant.

Defendant filed its Motion for Sanctions without previously serving the motion on Ms. Molligan and providing her a chance to cure the deficiencies noted in the Motion for Sanctions pursuant to Fed. R. Civ. P. 11's "safe harbor" provision. Ms. Molligan's response on her own behalf in this regard is well taken.

To rectify the procedural deficiency and fully comport with the requirements of Fed. R. Civ. P. 11, defendant presently serves notice of its withdrawal its Motion for Sanctions (ECF No. 26).

By withdrawing its Motion for Sanctions, defendant does not waive its right to renew or re-file its motion for sanctions, following expiration of the "safe harbor" timeline set out in Fed. R. Civ. P. 11(c)(2).

/ / /

/ / /

/ / /

/ / /

144480801.1
DEFENDANT AB HOLLYWOOD, LLC'S WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## CONCLUSION

Defendant respectfully requests that this Court Withdraw Defendant's present Rule 11 Motion for Sanctions (ECF No. 26).

DATED this 27th day of August, 2024

        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Iain M. R. Armstrong*
Iain M.R. Armstrong, OSB #142734
Nicky C. Blumm, OSB #226455
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant AB Hollywood, LLC*

144480801.1
DEFENDANT AB HOLLYWOOD, LLC'S WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801