IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CONNER SLEVIN,** ) </br> ) </br> **Plaintiff,** ) </br> ) </br> vs. ) </br> ) </br> ) </br> **AB HOLLYWOOD, LLC, a limited liability** ) </br> **company,** ) </br> ) </br> **Defendant.** ) | Case No.: 3:23-cv-01404-YY |

**DECLARATION OF JESSICE MOLLIGAN REGARDING ORDER DATED SEPTEMBER 5, 2024**

I, Jessica Molligan, hereby declare that:

1. The first time I reviewed the email sent to me on July 8, 2024 at 5:42pm from defense counsel was **after** I had filed the Stipulated Dismissal.

2. At the time that I filed the Stipulated Dismissal, I was unaware that Defendant had withdrawn its stipulation and that Defendant's counsel had asked that I not file the Stipulated Dismissal.

3. Because of the declarations set forth above, there was nothing to advise the Court of when I filed the Stipulated Dismissal.

   Dated this September 10, 2024         /s/ Jessica Molligan  
                                          Jessica Molligan

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2024, the foregoing document was served on the Service List via electronic mail:

**Service List:**

Iain M. R. Armstrong
Iain.Armstrong@lewisbrisbois.com

Nicky C. Blumm
Nicky.Blumm@lewisbrisbois.com

Katrina.kofsky@lewisbrisbois.com

Kevin A. Mehrens
Kevin.mehrens@gmail.com, kevin@mehrenslaw.com


/s/ Jessica Molligan
Jessica Molligan