**Iain M. R. Armstrong, OSB #142734**
Iain.Armstrong@lewisbrisbois.com
**Nicky C. Blumm, OSB #226455**
Nicky.Blumm@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Defendant AB Hollywood, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNER SLEVIN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AB HOLLYWOOD, LLC, a limited liability company,<br><br>    Defendant. | Case No. 3:23-cv-01404-YY<br><br>**DECLARATION OF NICKY C. BLUMM IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S RULE 11 MOTION FOR SANCTIONS** |

I, the undersigned Nicky C. Blumm, declare that:

1. I am one of the attorneys for Defendant AB Hollywood, LLC ("defendant") in this case. I make this declaration based on personal knowledge and am competent to testify on the matters stated herein.

2. On or about May 31, 2024, I had a call with counsel for Conner Slevin ("plaintiff") during which I made a settlement offer to resolve the present case. As soon as I said the dollar figure, plaintiff's counsel interrupted me and told me we could settle at that value.

143642317.1
DECLARATION OF NICKY C. BLUMM IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S RULE 11 MOTION FOR SANCTIONS
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

3. On or about June 4, 2024, plaintiff's counsel provided defendant with a proposed Settlement & Release Agreement ("Agreement").

4. I significantly and substantively revised that Agreement before sending it back to plaintiff's counsel.

5. Plaintiff's counsel asked for only one revision to the Agreement, that her signature "as to form" be removed, before agreeing to the Agreement and returning the signature page of the Agreement. But instead of her client's signature on the signature block, the signature was plaintiff's counsel's signature with the notation "POA."

6. On June 20, 2024, I asked plaintiff's counsel to provide a complete copy of the Agreement, signed by her client.

7. When plaintiff's counsel did not respond to my June 20th email, I followed up on July 1st, asking again for the Agreement, signed by plaintiff.

8. Attached as Exhibit A to this Declaration is a true and correct copy of the email exchange between myself and plaintiff's counsel. The exchange begins with a first message on May 30, 2024 about a potential settlement. The exchange ends on July 8, 2024. The first email on July 8, 2024 is from me to plaintiff's counsel, stating that defendant had withdrawn his permission to stipulate to the dismissal and asking plaintiff's counsel to please not file it. The final email on July 8, 2024 is from plaintiff's counsel's stating that she filed the Stipulated Dismissal, despite that I had withdrawn my client's permission to do so.

9. Attached as Exhibit B to this Declaration is a true and accurate copy of the email receipt received by defendant indicating that plaintiff had filed the Stipulated Dismissal at 5:53 p.m. on July 8, 2024.

10. Attached as Exhibit C to this Declaration is a true and accurate copy of the Requests for Admission defendant served on plaintiff on May 29, 2024.

11. On August 1, 2024, Judge Hernandez held a hearing in a related matter, *Slevin v. Baek*, 3:23-cv-01487. During that hearing, Judge Hernandez asked plaintiff several questions to

143642317.1
DECLARATION OF NICKY C. BLUMM IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S RULE 11 MOTION FOR SANCTIONS
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

ascertain his participation in the lawsuit and his interest in proceeding with plaintiff's counsel in that matter. Judge Hernandez held that plaintiff's counsel may withdraw from the case and that Judge Hernandez would assist plaintiff in finding another attorney. Judge Hernandez also permitted the case's dismissal but allowed the defendant to maintain a post-dismissal claim for sanctions and other relief.

12. During the hearing in *Slevin v. Baek*, 3:23-cv-01487, defendant produced the Court a copy of a retainer agreement between plaintiff and plaintiff's attorney that featured an out-of-state law firm which plaintiff stated paid him for his part in that litigation and others like it.

13. During the hearing in *Slevin v. Baek*, 3:23-cv-01487, plaintiff admitted to receiving payment, via check, from the Wampler law firm to "start the process" of initiating ADA litigation.

14. Defendant has spent several thousand dollars, in legal fees alone, defending itself from this lawsuit.

15. Attached as Exhibit D is a true and accurate copy of a slip opinion in the matter of *Jordan v. Joe B. Beasely & Associate, L.P.*, 2024 WL 150584.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

143642317.1
DECLARATION OF NICKY C. BLUMM IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S RULE 11 MOTION FOR SANCTIONS
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 25th day of September, 2024

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By:   *s/ Nicky C. Blumm*
                              Nicky C. Blumm, OSB #226455
                              Telephone: 971.712.2800
                              Facsimile: 971.712.2801

                              *Attorneys for Defendant AB Hollywood, LLC*

143642317.1
DECLARATION OF NICKY C. BLUMM IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S RULE 11 MOTION FOR SANCTIONS
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801