| From: | info@ord.uscourts.gov |
|---|---|
| Sent: | Monday, July 8, 2024 5:53 PM |
| To: | nobody@ord.uscourts.gov |
| Subject: | Activity in Case 3:23-cv-01404-YY Slevin v. AB Hollywood LLC Notice of Voluntary Dismissal |

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Oregon

## Notice of Electronic Filing

The following transaction was entered by Molligan, Jessica on 7/8/2024 at 5:53 PM PDT and filed on 7/8/2024

**Case Name:** Slevin v. AB Hollywood LLC
**Case Number:** 3:23-cv-01404-YY
**Filer:** Conner Slevin
**Document Number:** 24

**Docket Text:**
Notice of Voluntary Dismissal . Filed by Conner Slevin. (Molligan, Jessica)

**3:23-cv-01404-YY Notice has been electronically mailed to:**

Iain Armstrong    iain.armstrong@lewisbrisbois.com, katrina.kofsky@lewisbrisbois.com

Jessica Lee Molligan    jessicamolligan@comcast.net

Nicolas C Blumm    nicky.blumm@lewisbrisbois.com

1

EXHIBIT B
1 of 1