**Iain M. R. Armstrong, OSB #142734**
Iain.Armstrong@lewisbrisbois.com
**Nicky C. Blumm, OSB #226455**
Nicky.Blumm@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant AB Hollywood, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNER SLEVIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AB HOLLYWOOD, LLC, a limited liability company,<br><br>　　　　Defendant. | Case No. 3:23-cv-01404-YY<br><br>**DECLARATION OF IAIN ARMSTRONG IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RULE 11 SANCTIONS** |

　　　　I, the undersigned Iain Armstrong, declare that:

　　　　1.　　I am one of the attorneys for Defendant AB Hollywood, LLC ("defendant") in this case. I make this declaration based on personal knowledge and am competent to testify on the matters stated herein.

/ / /

/ / /

/ / /

147910763.1
DECLARATION OF IAIN ARMSTRONG IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RULE 11 SANCTIONS
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

2.  Attached as Exhibit A to this Declaration is a true and correct copy of the settlement agreement negotiated between the parties, along with a signature page signed by Plaintiff's former counsel on behalf of Plaintiff.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 24th day of October, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Iain M.R. Armstrong*
Iain M.R. Armstrong, OSB # 142734
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant AB Hollywood, LLC*

147910763.1
DECLARATION OF IAIN ARMSTRONG IN SUPPORT OF DEFENDANT AB HOLLYWOOD, LLC'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RULE 11 SANCTIONS
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801