IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CONNER SLEVIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:23-cv-01404-YY |
| ) | |
| ) | |
| AB HOLLYWOOD, LLC, a limited liability ) | UNOPPOSED MOTION FOR |
| company, ) | ORDER GRANTING LEAVE TO |
| ) | FILE SURREPLY |
|    Defendant. ) | |

COMES NOW, Jessica Molligan, Plaintiff's former counsel, and respectfully moves this Court for an Order granting leave of Court to allow her to file a Surreply to Defendant's Reply to her Response to Defendant's Motion for Rule 11 Sanctions. In compliance with LR 7-1, I have conferred with Defendant's counsel and Plaintiff's current counsel. Defendant's counsel does not object so long as they would be permitted an opportunity to respond to any new argument or evidence brought in the Surreply. Plaintiff's current counsel does not object.

Plaintiff's former counsel will state and show the following, in support, to wit:

1. That Defendant raised issues not originally raised in its Motion for Sanctions to which Plaintiff's former counsel would like to respond and clarify;

2. Plaintiff's former counsel proposes that the Surreply shall not exceed 8 pages and be due 5 days from the filing of this Motion.

3. The Surreply will not raise any new argument or evidence.

WHEREFORE, Plaintiff's former counsel prays:

1. For an Order granting leave of Court to file a Surreply not to exceed 8 pages within 5 days of the filing of this Motion; and

2. For any other relief, specific or general, to which she may be entitled.

Dated: October 30, 2024

                                        Respectfully submitted,

                                        /s/ Jessica Molligan\
                                        Jessica Molligan\
                                        Oregon State Bar No.:001823\
                                        PO Box 16893\
                                        Portland, OR 97292\
                                        503-975-2920\
                                        jessicamolligan@comcast.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the October 30, 2024, the foregoing document was served on the Service List via electronic mail:

**Service List:**
Iain M. R. Armstrong
Iain.Armstrong@lewisbrisbois.com
Nicky C. Blumm
Nicky.Blumm@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971-712-2800
Facsimile: 971-712-2801

Kevin Mehrens
Attorney at Law
3918 NE Garfield, Unit B
Portland, OR  97212
Kevin.mehrens@gmail.com


    /s/ Jessica Molligan_____
Jessica Molligan