

EXHIBIT 2
1 of 1