Kevin Mehrens, OSB #074589
kevin.mehrens@gmail.com
Law Office of Kevin Mehrens
3918 NE Garfield, Unit B
Portland, OR 97212
Tel. 503-381-1918

*Attorney for Plaintiff Conner Slevin*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNER SLEVIN, an individual,<br><br>Plaintiff,<br>v.<br><br>AB HOLLYWOOD, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:23-cv01404-YY<br><br>DECLARATION OF KEVIN MEHRENS |

I, the undersigned Kevin Mehrens, declare that:

1. I am the attorney for Conner Slevin in this case. I make this declaration based on personal knowledge and I am competent to testify on the matters stated herein.
2. Attached to this declaration is a true and accurate copy of text messages between Conner Slevin and B J Wade, an attorney with the law firm Wampler, Carroll, Wilson & Sanderson. The messages are in both screen capture and

native file format.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated April 25, 2025

/s/______________________________
Kevin Mehrens
Attorney for Plaintiff
The Law Office of Kevin Mehrens
3918 NE Garfield, Unit B
Portland, OR 97212
Tel. 503-381-1918

*Attorney for Plaintiff Conner Slevin*

AT&T 5GE 1:08 PM 77%

B

Bj Wade >

It's your prerogative to quit and we will certainly honor that.

The facts are that we have pursued over 4000 of these cases across the country and in 90% of cases, we have been successful in requiring the property owners to get in compliance with the ADA, despite them being non-compliant for decades and hiring attorneys to fight us.

These are not "mom and pop" operations, but are commercial properties and strip shopping centers owned by corporations. Time after time we have

Slevin000090


iMessage
Cash

AT&T 5GE 1:08 PM 75%

B

Bj Wade >

caught these property owners lying outright about being in compliance, even after we have filed suit and we have required these scofflaws to make the modifications.

We will continue doing the great work for our clients we have done for the last 4-5 years.

Best wishes for your future endeavors.

Wed, Jun 26 at 11:42 AM

Conner,
Hope all is well.
For a case that was well along before the

Slevin000092


iMessage
Cash

AT&T 5GE 1:09 PM 75%

B

Bj Wade >

Conner,
Hope all is well.
For a case that was well along before the unfortunate news article, the defendant property owner has agreed to get in compliance with the ADA.

Here are some photos of the repairs the property owner made.

**FILE_7148.pdf**
PDF Document · 13.4 MB

**FILE_8326.pdf**


iMessage
Cash

AT&T 5GE 1:09 PM 73%

B

Bj Wade

The attorney for the property owner has tendered to us a settlement and release and we will send that to you by email for your signature.
If you have any questions, please don't hesitate to contact me.
Best,

Thu, Jul 25 at 12:49 PM

Conner,

Jessica Molligan has filed a motion to withdraw as your attorney.

Here is a portion of an email from the Judge's courtroom clerk on this issue -


iMessage
Cash

AT&T 5GE 1:08 PM 75%

Bj Wade >

caught these property owners lying outright about being in compliance, even after we have filed suit and we have required these scofflaws to make the modifications.

We will continue doing the great work for our clients we have done for the last 4-5 years.

Best wishes for your future endeavors.

Wed, Jun 26 at 11:42 AM

Conner,
Hope all is well.
For a case that was well along before the

Slevin000098


iMessage
Cash

AT&T 5GE 1:09 PM 73%

B

Bj Wade

The attorney for the property owner has tendered to us a settlement and release and we will send that to you by email for your signature.
If you have any questions, please don't hesitate to contact me.
Best,

Thu, Jul 25 at 12:49 PM

Conner,

Jessica Molligan has filed a motion to withdraw as your attorney.

Here is a portion of an email from the Judge's courtroom clerk on this issue -


iMessage
Cash

AT&T 5GE 1:09 PM 73%

B

Bj Wade >

Here is a portion of an email from the Judge's courtroom clerk on this issue -

Counsel, the Court wants a hearing on the motion to withdraw. Mr. Slevin is required to personally appear as well. I'm looking at 1:00 on Thurs, 8/1. Please respond by Noon tomorrow. Thank you.

———

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.

Slevin000102




Slevin000103

AT&T 5GE 1:09 PM 73%

Bj Wade

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.

BJ, I don't know what to say to you. I don't want anything to do with any of this anymore. I feel used by you and I don't want any part of the snake oil that you are selling. Why are you still contacting me? Jessica is not my attorney. I'm done with all of it I will not be there

Delivered

Slevin000104




Unfortunately my phones set to delete texts after 100 days…


AT&T 5GE
1:08 PM
79%
B
Bj Wade
iMessage
Wed, May 29 at 11:25 AM
Good afternoon, Slevin.

It's understood that you don't want to visit any new places.

However, we have one case in suit I'd like to talk to you about.
4434 NE Sandy Blvd in Portland is the address. Horribly non compliant property. No accessible spaces or anything there.
This is not a mom and pop operation.
iMessage
Cash



AT&T 5GE 1:08 PM 79%

B

Bj Wade

This is not a mom and pop operation.

They bought the property for 1 million with $750k down and a 250k loan.

How are you available to talk tomorrow?

"Are you….."

Sorry BJ but talking would be a waste of time. I want to make changes for accessibility in my community but I do not agree with the way that your firm handles this business and I do not want

iMessage

Cash

Slevin000108



AT&T 5GE 1:08 PM 77%

B

Bj Wade

community but I do not agree with the way that your firm handles this business and I do not want to be associated.

Mon, Jun 3 at 5:20 PM

Conner, you are entitled to your opinions but you are not entitled to your "facts."

Here are the facts.

You have bought into a slanted news article that was generated by attorneys for property owners to deter people like you from pursuing cases.

It's your prerogative to quit and we will certainly honor

iMessage

Cash





AT&T 5GE 1:08 PM 77%

Bj Wade

It’s your prerogative to quit and we will certainly honor that.

The facts are that we have pursued over 4000 of these cases across the country and in 90% of cases, we have been successful in requiring the property owners to get in compliance with the ADA, despite them being non-compliant for decades and hiring attorneys to fight us.

These are not "mom and pop” operations, but are commercial properties and strip shopping centers owned by corporations. Time after time we have

iMessage

Cash

Slevin000112



AT&T 5GE 1:09 PM 73%

B

Bj Wade

Here is a portion of an email from the Judge's courtroom clerk on this issue -

Counsel, the Court wants a hearing on the motion to withdraw. Mr. Slevin is required to personally appear as well. I'm looking at 1:00 on Thurs, 8/1. Please respond by Noon tomorrow. Thank you.

———

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.

iMessage

Cash

Slevin000114



Start Time: 6/17/2022 10:25:55 AM(UTC-7)
Last Activity: 7/25/2024 12:51:40 PM(UTC-7)
Participants: cslevin7@gmail.com conner slevin, +15306136867 Bandito, +19012053601 Bj Wade
From: +19012053601 Bj Wade
Timestamp: 6/17/2022 10:25:55 AM(UTC-7)
Source App: Native Messages
Body:
Erick,
This is B. J. Wade.
I represent Share Crider in ADA cases.
Are you available to talk tomorrow late morning?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/17/2022 10:27:41 AM(UTC-7)
Source App: Native Messages
Body:
Hello BJ! I'm sure that you are contacting a lot of people and it is not a problem but my name is Conner. I am available to talk tomorrow morning between 10 and 11 and then again after one.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/17/2022 10:36:03 AM(UTC-7)
Source App: Native Messages
Body:
Lol. My apologies for that grievous error, Conner Slevin!
Let's shoot for 10 am your time tomorrow, ok?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/17/2022 10:43:11 AM(UTC-7)
Source App: Native Messages
Body:
That works perfect for me! Thank you for reaching out and I look forward to discussing opportunities with you
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/18/2022 10:30:36 AM(UTC-7)
Source App: Native Messages
Body:
Cslevin7@gmail.com and my address is 7051 NE 7th Pl, Portland Oregon 97211
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/18/2022 10:39:23 AM(UTC-7)
Source App: Native Messages
Body:
Thank you, Conner.
Please check your email for one from me that may have been snared in your spam filter.
Let's talk again in a few days.
Best,

----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/18/2022 11:33:32 AM(UTC-7)
Source App: Native Messages
Body:
I got your email. Memphis is lucky to have you as alumni. Nice speaking with you and we'll be in touch in a couple days
----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/22/2022 5:00:03 AM(UTC-7)
Source App: Native Messages
Body:
Having been in a wheelchair or walker for a year and a half, I admire you.
Are you available to talk at 4 your time today?
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/22/2022 11:15:07 AM(UTC-7)
Source App: Native Messages
Body:
I'm not available today but anytime tomorrow works for me
----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/22/2022 12:04:35 PM(UTC-7)
Source App: Native Messages
Body:
How about 9 am your time tomorrow?
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/22/2022 2:08:09 PM(UTC-7)
Source App: Native Messages
Body:
Can we do 9:30?
----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/22/2022 4:48:38 PM(UTC-7)
Source App: Native Messages
Body:
Good deal.
I will call you at precisely 9:30 your time.
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/22/2022 5:02:42 PM(UTC-7)
Source App: Native Messages
Body:
Liked "Good deal.
I will call you at precisely 9:30 your time."
----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/24/2022 7:06:38 AM(UTC-7)
Source App: Native Messages

Body:
Conner,
Heads up.
You will get an email today from my co-counsel.
Domain is wcwslaw.com
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/24/2022 8:10:56 AM(UTC-7)
Source App: Native Messages
Body:
Liked “Conner,
Heads up.
You will get an email today from my co-counsel.
Domain is wcwslaw.com”
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/16/2022 12:25:31 PM(UTC-7)
Source App: Native Messages
Body:
Conner,
We are running a bit behind schedule.
Please check your email on Tuesday for locations to visit.
Thank you for your patience.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/16/2022 3:42:19 PM(UTC-7)
Source App: Native Messages
Body:
Will do thanks
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/18/2022 6:03:59 PM(UTC-7)
Source App: Native Messages
Body:
Please check your email for three from me.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/18/2022 6:10:05 PM(UTC-7)
Source App: Native Messages
Body:
Got the emails, read them, will wait for another agreement and  am ready to get these assignments under way
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/18/2022 6:23:07 PM(UTC-7)
Source App: Native Messages
Body:
Great.
Thanks, Conner.
We love clients who are eager to participate in this wonderful project.

----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/18/2022 6:24:42 PM(UTC-7)
Source App: Native Messages
Body:
It’s such a great project! Thanks bj
----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/25/2022 12:49:07 PM(UTC-7)
Source App: Native Messages
Body:
Conner,
Thank you for your two emails.
You get a 100!
As I said, you are a perfect fit for this project.
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/25/2022 12:50:46 PM(UTC-7)
Source App: Native Messages
Body:
Thank you so much for getting back to me so quickly! All right great. Now we will see how those judges react as we continue to get this ball rolling!
----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/25/2022 12:52:53 PM(UTC-7)
Source App: Native Messages
Body:
To re-iterate  how it works -

You visit the places before the first of the month and send your emails before the first of the month. (You've just done that July.)

On the 10th of the month or first business day after, we email you a check for the places you visited in the preceding month. (Please let me know who the check is payable to.)

Then on the 15th we send you more locations that you need to visit before the first of the month.

The process follows that pattern every month.

We will send you two places next month and then 4-5.
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/25/2022 12:54:40 PM(UTC-7)
Source App: Native Messages
Body:
Everything’s sounding great. Please make the checks out to conner slevin
----------------------------
From: +19012053601 Bj Wade

Timestamp: 8/6/2022 9:25:09 AM(UTC-7)
Source App: Native Messages
Body:
In preparation for emailing you a check on the 10th, I show you visited two places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 8/6/2022 9:49:25 AM(UTC-7)
Source App: Native Messages
Body:
Yes
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 8/10/2022 7:45:08 AM(UTC-7)
Source App: Native Messages
Body:
We have a number of new clients and we want to give you a heads up so the process goes smoothly.

Before midnight, you will receive an email from "admin wcws" and there will be a check in that email that you print.

If you don't see the email, please check your spam folder.

If you don't see it there, please let me know.

If you do receive the email and check, please let me know by text.

Thank you.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 8/10/2022 9:27:08 AM(UTC-7)
Source App: Native Messages
Body:
I will keep an eye out for those emails and let you know when I have received them via text
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 8/10/2022 2:31:52 PM(UTC-7)
Source App: Native Messages
Body:
I’ve received the check! Thank you
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 8/10/2022 3:10:40 PM(UTC-7)
Source App: Native Messages
Body:
Great.
As I said, you are perfect for our

ADA project!
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 8/10/2022 3:46:51 PM(UTC-7)
Source App: Native Messages
Body:
Liked “Great.
As I said, you are perfect for our
ADA project! ”
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 8/10/2022 3:47:09 PM(UTC-7)
Source App: Native Messages
Body:
Much appreciated and glad I can help!
----------------------------
From: +19012053601 Bj Wade
Timestamp: 9/5/2022 3:34:25 PM(UTC-7)
Source App: Native Messages
Body:
In preparation for emailing you a check on the 12th, I show you visited two places last month.
Do you agree?
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 9/5/2022 3:34:53 PM(UTC-7)
Source App: Native Messages
Body:
Yes I do
----------------------------
From: +19012053601 Bj Wade
Timestamp: 9/15/2022 9:48:24 AM(UTC-7)
Source App: Native Messages
Body:
You should have new locations in today's email.
Reminder -
in order to receive an e-check on the 10th of next month, please complete your visits and send your emails BEFORE the 1st of the month.
Thank you.
----------------------------
From: +19012053601 Bj Wade
Timestamp: 9/29/2022 2:08:20 PM(UTC-7)
Source App: Native Messages
Body:
Thank you for your emails, Conner.
I see 4, but not (5 of 5).
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 9/29/2022 2:09:23 PM(UTC-7)
Source App: Native Messages

Body:
I was waiting on the photo but I just got it and it should be coming your way here momentarily. Thanks bj!
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 9/29/2022 2:13:18 PM(UTC-7)
Source App: Native Messages
Body:
I was unable to get a receipt at the laundry mat. Does that picture of me with the laundry detergent next to the laundry dispenser work? And, as this was the first time as places that I visited did not have handicap parking, are my pictures of just the parking spaces OK?
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 9/29/2022 2:16:44 PM(UTC-7)
Source App: Native Messages
Body:
Yes. All good.
We know from experience that receipts are not available at laundromats.
Thanks, Conner.
You're doing a terrific job!
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 9/29/2022 2:19:50 PM(UTC-7)
Source App: Native Messages
Body:
Love to hear it. Hope you are well
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 10/6/2022 8:52:55 AM(UTC-7)
Source App: Native Messages
Body:
In preparation for emailing you a check on the 10th, I show you visited five places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 10/6/2022 9:01:34 AM(UTC-7)
Source App: Native Messages
Body:
Correct
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 10/19/2022 9:47:56 AM(UTC-7)
Source App: Native Messages
Body:
My monthly inquiry -
how much money do you have in the bank?
-----------------------------
From: +15306136867 Bandito (owner)

Timestamp: 10/19/2022 10:07:36 AM(UTC-7)
Source App: Native Messages
Body:
All told probably 10,000 or so
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 11/25/2022 9:16:01 AM(UTC-8)
Source App: Native Messages
Body:
Do you have a moment to talk today?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 11/25/2022 9:46:53 AM(UTC-8)
Source App: Native Messages
Body:
Absolutely! I am available for the most part today except for the hours between 12 and two my time
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 11/25/2022 9:48:50 AM(UTC-8)
Source App: Native Messages
Body:
I just called.
Please call me.
Thanks.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 11/28/2022 11:04:40 AM(UTC-8)
Source App: Native Messages
Body:
Hey BJ just wanted to let you know that Connor Spani never contacted me
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 11/28/2022 11:09:01 AM(UTC-8)
Source App: Native Messages
Body:
No worries.
He will.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 12/5/2022 7:04:05 AM(UTC-8)
Source App: Native Messages
Body:
In preparation for emailing you a check on December 12, I show you visited five places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 12/5/2022 7:59:33 AM(UTC-8)
Source App: Native Messages

Body:
I sure do
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 12/14/2022 12:14:06 PM(UTC-8)
Source App: Native Messages
Body:
Thank you for being a great client.

We love being your voice in ADA matters!

We've implemented something you will like.

It's a way for you to easily upload your documents, rather than sending emails.

This will allow us to email you a check about the 5th of the month (or first business day after) - assuming you have documented your visits before the 1st day of the month.

Equally as important, our new system will allow us to email you new locations on the 9th of the month, giving you another week in order to visit.

Ben Brumleve of our office will email you new locations in this format tomorrow and then on the 9th of January.

Best wishes for the holiday season!
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 12/14/2022 2:05:43 PM(UTC-8)
Source App: Native Messages
Body:
Love it. Thank you!
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 12/31/2022 1:53:21 PM(UTC-8)
Source App: Native Messages
Body:
Hey bj I just sent you an email. The new procedure needs some ironing out. Can I get 2 links to forms please?
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 2/4/2023 7:54:11 AM(UTC-8)
Source App: Native Messages
Body:
In preparation for emailing you a check on or about Feb 7, I show you visited five places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 2/4/2023 8:30:03 AM(UTC-8)

Source App: Native Messages
Body:
Yes I agree
----------------------------
From: +19012053601 Bj Wade
Timestamp: 3/31/2023 10:33:15 AM(UTC-7)
Source App: Native Messages
Body:
Hello, Conner.
Our administrative people say you haven’t cashed checks for the last three months.
Is everything ok?
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 3/31/2023 10:35:25 AM(UTC-7)
Source App: Native Messages
Body:
It is true! I need to do it I just haven't. I am unable to cash the check sent except by visiting a bank with the program that is currently in place. Nothing is the matter, I will make a priority to get in and attach those checks. And with that being said, I will be sending you my March visitations today.
----------------------------
From: +19012053601 Bj Wade
Timestamp: 4/3/2023 1:09:22 PM(UTC-7)
Source App: Native Messages
Body:
In preparation for sending you a check on April 6, it appears you visited three places last month.
Do you agree?
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 4/3/2023 1:09:56 PM(UTC-7)
Source App: Native Messages
Body:
I do agree
----------------------------
From: +19012053601 Bj Wade
Timestamp: 4/3/2023 5:07:57 PM(UTC-7)
Source App: Native Messages
Body:
Reminder -
In the future, please get your emails sent in by the last day of the month.
Thank you.
----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 4/3/2023 5:08:42 PM(UTC-7)
Source App: Native Messages
Body:
Liked “Reminder -
In the future, please get your emails …”
----------------------------

From: +19012053601 Bj Wade
Timestamp: 5/1/2023 12:00:27 PM(UTC-7)
Source App: Native Messages
Body:
In preparation for sending you a check on May 8? it appears you visited three places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 5/1/2023 12:13:16 PM(UTC-7)
Source App: Native Messages
Body:
That is correct.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 5/1/2023 12:14:39 PM(UTC-7)
Source App: Native Messages
Body:
And, I need to be re-issued expired checks. Should I request those through you or through Ben? The check cutting service said that expired checks do not fall under there reasons for re-sending
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/1/2023 12:16:03 PM(UTC-7)
Source App: Native Messages
Body:
Ben will handle that so please contact him.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 5/1/2023 12:32:26 PM(UTC-7)
Source App: Native Messages
Body:
Perfect thank you
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/3/2023 4:49:48 AM(UTC-7)
Source App: Native Messages
Body:
In preparation for sending you a check on June 6, it appears you visited three places last month.
Do you agree?
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 6/3/2023 4:50:07 AM(UTC-7)
Source App: Native Messages
Body:
Correct
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/29/2024 11:25:36 AM(UTC-7)

Source App: Native Messages
Body:
Good afternoon, Slevin.

It's understood that you don't want to visit any new places.

However, we have one case in suit I'd like to talk to you about.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/29/2024 11:26:36 AM(UTC-7)
Source App: Native Messages
Body:
4434 NE Sandy Blvd in Portland is the address.
Horribly non compliant property. No accessible spaces or anything there.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/29/2024 11:28:03 AM(UTC-7)
Source App: Native Messages
Body:
This is not a mom and pop operation.

They bought the property for 1 million with $750k down and a 250k loan.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/29/2024 11:29:34 AM(UTC-7)
Source App: Native Messages
Body:
How are you available to talk tomorrow?
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 5/29/2024 11:47:39 AM(UTC-7)
Source App: Native Messages
Body:
“Are you…..”
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 5/29/2024 12:03:29 PM(UTC-7)
Source App: Native Messages
Body:
Sorry BJ but talking would be a waste of time. I want to make changes for accessibility in my community but I do not agree with the way that your firm handles this business and I do not want to be associated.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/3/2024 5:20:17 PM(UTC-7)
Source App: Native Messages
Body:
Conner, you are entitled to your opinions but you are not entitled to your “facts.”

Here are the facts.

You have bought into a slanted news article that was generated by attorneys for property owners to deter people like you from pursuing cases.

It’s your prerogative to quit and we will certainly honor that.

The facts are that we have pursued over 4000 of these cases across the country and in 90% of cases, we have been successful in requiring the property owners to get in compliance with the ADA, despite them being non-compliant for decades and hiring attorneys to fight us.

These are not "mom and pop” operations, but are commercial properties and strip shopping centers owned by corporations.
Time after time we have caught these property owners lying outright about being in compliance, even after we have filed suit and we have required these scofflaws to make the modifications.

We will continue doing the great work for our clients we have done for the last 4-5 years.

Best wishes for your future endeavors.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/26/2024 11:42:25 AM(UTC-7)
Source App: Native Messages
Body:
Conner,
Hope all is well.
For a case that was well along before the unfortunate news article, the defendant property owner has agreed to get in
compliance with the ADA.
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/26/2024 11:44:42 AM(UTC-7)
Source App: Native Messages
Attachments:
#1:
Body:
Here are some photos of the repairs the property owner made.

-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/26/2024 11:44:56 AM(UTC-7)
Source App: Native Messages
Attachments:
#1:
Body:

-----------------------------
From: +19012053601 Bj Wade

Timestamp: 6/26/2024 11:45:21 AM(UTC-7)
Source App: Native Messages
Attachments:
#1:
Body:

-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/26/2024 11:45:58 AM(UTC-7)
Source App: Native Messages
Attachments:
#1:
Body:

-----------------------------
From: +19012053601 Bj Wade
Timestamp: 6/26/2024 11:48:14 AM(UTC-7)
Source App: Native Messages
Body:
The attorney for the property owner has tendered to us a settlement and release and we will send that to you by email for your signature.
If you have any questions, please don't hesitate to contact me.
Best,
-----------------------------
From: +19012053601 Bj Wade
Timestamp: 7/25/2024 12:49:01 PM(UTC-7)
Source App: Native Messages
Body:
Conner,

Jessica Molligan has filed a motion to withdraw as your attorney.

Here is a portion of an email from the Judge's courtroom clerk on this issue -

Counsel, the Court wants a hearing on the motion to withdraw. Mr. Slevin is required to personally appear as well. I'm looking at 1:00 on Thurs, 8/1. Please respond by Noon tomorrow. Thank you.

___

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.
-----------------------------
From: +15306136867 Bandito (owner)
Timestamp: 7/25/2024 12:51:40 PM(UTC-7)
Source App: Native Messages
Body:
BJ, I don't know what to say to you. I don't want anything to do with any of this anymore. I feel used by you and I don't want any part of the snake oil that you are

selling. Why are you still contacting me? Jessica is not my attorney. I'm done with all of it I will not be there

-----------------------------