**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| **CONNER SLEVIN,** | * | |
| **an individual,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| **v.** | * | **Case No. 3:23-CV-01404-YY** |
| | * | |
| **AB HOLLYWOOD, LLC,** | * | |
| **a limited liability company,** | * | MOLLIGAN RESPONSE TO |
| | * | ORDER DATED APRIL 18, 2025 |
| **DEFENDANT.** | * | |
| | * | |

COMES NOW Jessica Molligan, former counsel for Plaintiff, and responds to this Court's Order dated April 18, 2025.

Attached hereto is an email dated April 2, 2024 from Jessica Molligan ("Molligan") to counsel for Defendant including signed Interrogatory responses and the photographs contained in Defendant's Exhibits re Hearing, ECF 52.

Molligan has no documentation on when the Request for Admission was served. It is possible that Molligan was sent those by email and did not save said email due to size limitations on her Comcast email account. Molligan did receive the Request for Admissions by mail but does not have any documentation indicating when she received them.

Attached hereto are text messages and other communications between Plaintiff and individuals from the Wampler, Carroll, Wilson & Sanderson firm (and B.J. Wade) in May and

June of 2024 that are referenced in the Oregonian article dated August 7, 2024, as well as follow-up communications in July, 2024.

Dated this April 24, 2025

/s/ Jessica Molligan
Jessica Molligan

**Certificate of Service**

I hereby certify that on April 24, 2025, I caused to be served the foregoing on the following listed e-service contacts:

Iann M.R. Armstrong, iain.armstrong@lewisbrisbois.com

Kevin Mehrens, kevin.mehrens@gmail.com

/s/ Jessica Molligan

**JESSICA MOLLIGAN <jessicamolligan@comcast.net>** 4/2/2024 3:48 PM

# RE: [EXT] AB Hollywood; Discovery Concern

To Iain Armstrong <iain.armstrong@lewisbrisbois.com> Copy Katrina Kofsky <katrina.kofsky@lewisbrisbois.com> • Nicky Blumm <nicky.blumm@lewisbrisbois.com>

---

Hello,
Attached is the signed Interrogatories. I'll send the photos in another email.

Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292

(971) 350-7347 Office
(503) 975-2920 Cell

> On 04/01/2024 9:56 AM PDT Armstrong, Iain <iain.armstrong@lewisbrisbois.com> wrote:
>
> Jessica,
>
> We should have responsive documents to you be end of week.
>
> LEWIS BRISBOIS
>
> **Iain M.R. Armstrong**
> **Partner**
> **Iain.Armstrong@lewisbrisbois.com**
>
> **T: 971.712.2820 F: 971.712.2801**
>
> 888 SW Fifth Avenue, Suite 900, Portland, OR 97204-2025 | **LewisBrisbois.com**
>
> **Representing clients from coast to coast. View our locations nationwide.**
>
> **Mansfield Rule**
> **Certified 2022-2023** Powered by DIVERSITYLAB
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.
>
> ---
>
> **From:** JESSICA MOLLIGAN <jessicamolligan@comcast.net>
> **Sent:** Thursday, March 28, 2024 3:28 PM
> **To:** Armstrong, Iain <Iain.Armstrong@lewisbrisbois.com>
> **Subject:** [EXT] AB Hollywood; Discovery Concern

Iain,

You either object to all requests for production or state that you will provide them. When?

Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292

(971) 350-7347 Office

(503) 975-2920 Cell

---

- Signed Interrogatories and Response to RFP.pdf (775 KB)
- Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png (19 KB)
- mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png (13 KB)

**JESSICA MOLLIGAN <jessicamolligan@comcast.net>** 4/2/2024 3:50 PM

# RE: [EXT] AB Hollywood; Discovery Concern

To Iain Armstrong <iain.armstrong@lewisbrisbois.com> Copy Katrina Kofsky <katrina.kofsky@lewisbrisbois.com> • Nicky Blumm <nicky.blumm@lewisbrisbois.com>

---

Attached are two photos that Mr. Slevin took.

Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292

(971) 350-7347 Office
(503) 975-2920 Cell

> On 04/01/2024 9:56 AM PDT Armstrong, Iain <iain.armstrong@lewisbrisbois.com> wrote:
>
> Jessica,
>
> We should have responsive documents to you be end of week.
>
> LEWIS BRISBOIS
>
> **Iain M.R. Armstrong**
> **Partner**
> **Iain.Armstrong@lewisbrisbois.com**
>
> **T: 971.712.2820 F: 971.712.2801**
>
> 888 SW Fifth Avenue, Suite 900, Portland, OR 97204-2025 | **LewisBrisbois.com**
>
> **Representing clients from coast to coast. View our locations nationwide.**
>
> Mansfield Rule
> Certified 2022-2023 Powered by DIVERSITYLAB
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.
>
> ---
>
> **From:** JESSICA MOLLIGAN <jessicamolligan@comcast.net>
> **Sent:** Thursday, March 28, 2024 3:28 PM
> **To:** Armstrong, Iain <Iain.Armstrong@lewisbrisbois.com>
> **Subject:** [EXT] AB Hollywood; Discovery Concern

Iain,

You either object to all requests for production or state that you will provide them. When?

Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292

(971) 350-7347 Office
(503) 975-2920 Cell

---

- image1 (11).jpeg (3 MB)
- image2 (11) (1).jpeg (3 MB)
- Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png (19 KB)
- mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png (13 KB)

**B. J. Wade <bjwade0@gmail.com>** 4/23/2025 10:57 AM

# Fwd: FW: ADA Durable Power of Attorney

To JESSICA MOLLIGAN <jessicamolligan@comcast.net>

---

---------- Forwarded message ---------
From: **Ashley Swann** <ashley@wcwslaw.com>
Date: Wed, Apr 23, 2025 at 12:53 PM
Subject: FW: ADA Durable Power of Attorney
To: B. J. Wade <bjwade0@gmail.com>

---

**From:** Ashley Swann <ashley@wcwslaw.com>
**Date:** Wednesday, May 22, 2024 at 5:15 PM
**To:** Ben Brumleve <ben@wcwslaw.com>, Luke Sanderson <luke@wcwslaw.com>
**Subject:** FW: ADA Durable Power of Attorney

Please see the below email from Conner Slevin.

WAMPLER, CARROLL, WILSON & SANDERSON, P.C.
ATTORNEYS AT LAW

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

---

**From:** conner s <cslevin7@gmail.com>
**Date:** Wednesday, May 22, 2024 at 5:14 PM
**To:** Ashley Swann <ashley@wcwslaw.com>
**Subject:** Re: ADA Durable Power of Attorney

No thanks I quit

On Wed, May 22, 2024 at 1:19 PM Ashley Swann <ashley@wcwslaw.com> wrote:

> Hey Conner:
>
> Just touching base with you regarding the POA. When would you like to reschedule the Online Notary?
>
> WAMPLER, CARROLL, WILSON & SANDERSON, P.C. ATTORNEYS AT LAW
>
> Thank you,
>
> Ashley Swann, Paralegal
>
> Wampler, Carroll, Wilson & Sanderson, PLLC
>
> 208 Adams Avenue
>
> Memphis, TN 38103
>
> 901-523-1844 Telephone
>
> 901-523-1857 Facsimile
>
> ---
>
> **From:** Ashley Swann <ashley@wcwslaw.com>
> **Date:** Friday, May 17, 2024 at 8:29 AM
> **To:** conner s <cslevin7@gmail.com>
> **Subject:** FW: ADA Durable Power of Attorney
>
> Hey Conner:
>
> Do you need me to reschedule a Notary Signing for you? It looks like you didn't do the one for Wednesday at 6pm. Let me know.
>
> WAMPLER, CARROLL, WILSON & SANDERSON, P.C. ATTORNEYS AT LAW

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

---

**From:** Ashley Swann <ashley@wcwslaw.com>
**Date:** Wednesday, May 15, 2024 at 2:25 PM
**To:** conner s <cslevin7@gmail.com>
**Subject:** Re: ADA Durable Power of Attorney

Conner:

You should be getting an email momentarily from the Online Notary with confirmation for tomorrow, May 16 at 6p.m. FYI- they do not provide the 2 witnesses. Just wanted to give you a heads up.

WAMPLER, CARROLL, WILSON & SANDERSON, P.C.
ATTORNEYS AT LAW

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

---

**From:** Ashley Swann <ashley@wcwslaw.com>
**Date:** Wednesday, May 15, 2024 at 2:18 PM
**To:** conner s <cslevin7@gmail.com>
**Subject:** Re: ADA Durable Power of Attorney

Never mind. The online Notary is set up for different times for all different states. I'll send you the confirmation in just a second.

WAMPLER, CARROLL, WILSON & SANDERSON, P.C.
ATTORNEYS AT LAW

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

---

**From:** Ashley Swann <ashley@wcwslaw.com>
**Date:** Wednesday, May 15, 2024 at 2:16 PM
**To:** conner s <cslevin7@gmail.com>
**Subject:** Re: ADA Durable Power of Attorney

Sure thing Conner. What time are you on?

WAMPLER, CARROLL, WILSON & SANDERSON, P.C.
ATTORNEYS AT LAW

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

**From:** conner s <cslevin7@gmail.com>
**Date:** Wednesday, May 15, 2024 at 12:11 PM
**To:** Ashley Swann <ashley@wcwslaw.com>
**Subject:** Re: ADA Durable Power of Attorney

Hello!

Sorry for the delay in getting back to you on this issue. I would like to set up an appointment with an online notary service. Would I be able to do it tomorrow at six pm?

Thanks Ashley!

Conner

Sent from my iPad

> On May 9, 2024, at 11:29 AM, Ashley Swann <ashley@wcwslaw.com> wrote:
>
> Hi Conner Slevin,
>
> I hope you are having a good day. We are trying to get our cases expedited so that we do not have to put everyone back on pause. To do this, we need to get our settlement agreements signed sooner. So, we are having everyone sign a Durable Power of Attorney. This is already included in your Representation Agreement that you signed with us, but we want a specific letter that we can show to the court.
>
> I want to clarify that this would only encompass the ADA cases and nothing else (as we mention in the POA document) if there are documents that need your attention, we will be sure to get those to you.
>
> I have attached the POA for you to look over. There are two options that we can do to get the document notarized and signed.
>
> Online Notary Service: There is an online notary service that we can use. You will be able to pick any day or time from 7am-10pm but will need to provide two witnesses that are not blood related or a spouse to be physically present during the signing. You will need to let me know the day and time you want to do it and I will schedule the zoom meeting for you, which you can do over the phone or email. Once the meeting is set they will email you a link before the meeting to get setup.
>
> Local Bank Notary: You can go to your local bank and ask them for notary service, and they will provide the witnesses. They can then fax/scan the documents to my email and if you have to pay for the service, we will reimburse you. (this is the best option if you are unable to find any witnesses) Attached are the documents to be notarized and signed.

Please let me know which way you prefer to have the documents signed.

If you have questions, please respond to this email or send me an email at ben@wcwslaw.com or call me at 901-523-1844.

<image001.png>

Thank you,

Ashley Swann, Paralegal

Wampler, Carroll, Wilson & Sanderson, PLLC

208 Adams Avenue

Memphis, TN 38103

901-523-1844 Telephone

901-523-1857 Facsimile

<Slevin, Conner.docx>

---

- image001.png (29 KB)

4:27

New iMessage Cancel

To: Conner Slevin

Wed, May 29 at 1:25 PM

Good afternoon, **Slevin**.

It's understood that you don't want to visit any new places.

However, we have one case in suit I'd like to talk to you about.

4434 NE Sandy Blvd in Portland is the address.
Horribly non compliant property.
No accessible spaces or anything there.

This is not a mom and pop operation.

They bought the property for 1 million with $750k down and a 250k loan.

How are you available to talk tomorrow?

"Are you....."

Sorry BJ but talking would be a

iMessage

12:09 48

New iMessage Cancel

To: Conner Slevin

operation.

They bought the property for 1 million with $750k down and a 250k loan.

How are you available to talk tomorrow?

“Are you.....”

Sorry BJ but talking would be a waste of time. I want to make changes for accessibility in my community but I do not agree with the way that your firm handles this business and I do not want to be associated.

Mon, Jun 3 at 7:20 PM

Conner, you are entitled to your opinions but you are not entitled to your “facts.”

Here are the facts.

You have bought into a slanted news article that was generated by attorneys for property owners to

iMessage

1:14 49

New iMessage Cancel

To: Conner Slevin

Mon, Jun 3 at 7:20 PM

Conner, you are entitled to your opinions but you are not entitled to your “facts.”

Here are the facts.

You have bought into a slanted news article that was generated by attorneys for property owners to deter people like you from pursuing cases.

It’s your prerogative to quit and we will certainly honor that.

The facts are that we have pursued over 4000 of these cases across the country and in 90% of cases, we have been successful in requiring the property owners to get in compliance with the ADA, despite them being non-compliant for decades and hiring attorneys to fight us.

These are not "mom and pop" operations, but are commercial properties and strip shopping centers owned by corporations

iMessage

12:12

48

New iMessage

Cancel

To: Conner Slevin

Conner,
Hope all is well.
For a case that was well along before the unfortunate news article, the defendant property owner has agreed to get in compliance with the ADA.

Here are some photos of the repairs the property owner made.

pdf FILE_7148.pdf
PDF Document · 13.4 MB

pdf FILE_8326.pdf
PDF Document · 7.9 MB

pdf FILE_6181.pdf
PDF Document · 3.9 MB

pdf FILE_7329.pdf
PDF Document · 3.2 MB

iMessage

8:55 LTE 69

New iMessage Cancel

To: Conner Slevin

this issue -

Counsel, the Court wants a hearing on the motion to withdraw. Mr. Slevin is required to personally appear as well. I'm looking at 1:00 on Thurs, 8/1. Please respond by Noon tomorrow. Thank you.

———

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.

Delivered

BJ, I don't know what to say to you. I don't want anything to do with any of this anymore. I feel used by you and I don't want any part of the snake oil that you are selling. Why are you still contacting me? Jessica is not my attorney. I'm done with all of it I will not be there

Conner has notifications silenced

iMessage

8:55 LTE 69

New iMessage Cancel

To: Conner Slevin

don't hesitate to contact me.
Best,

Thu, Jul 25 at 2:49 PM

Conner,

Jessica Molligan has filed a motion to withdraw as your attorney.

Here is a portion of an email from the Judge's courtroom clerk on this issue -

Counsel, the Court wants a hearing on the motion to withdraw. Mr. Slevin is required to personally appear as well. I'm looking at 1:00 on Thurs, 8/1. Please respond by Noon tomorrow. Thank you.

———

Jessica will send you an email today.

If you have any questions, please don't hesitate to contact me.

Delivered

B J I don't know what to say to

iMessage

8:55 LTE 69

New iMessage Cancel

To: Conner Slevin

Here are some photos of the repairs the property owner made.

pdf FILE_7148.pdf
PDF Document · 13.4 MB

pdf FILE_8326.pdf
PDF Document · 7.9 MB

pdf FILE_6181.pdf
PDF Document · 3.9 MB

pdf FILE_7329.pdf
PDF Document · 3.2 MB

The attorney for the property owner has tendered to us a settlement and release and we will send that to you by email for your signature.
If you have any questions, please don't hesitate to contact me.
Best,

iMessage

docusign Home Agreements Templates Reports Admin KW

# Complete with Docusign: Slevin - Settlement _ Release v2.pdf

Envelope ID
From Kim Wallace
Last change on 7/2/2024 | 01:38:35 pm
Sent on 6/28/2024 | 01:33:07 pm

✓ Completed

MOVE MORE ▼

Slevin - Settleme...
Pages: 8

1 of 8

## Recipients

SIGNING ORDER

| | | | |
|---|---|---|---|
| 1 | ✓ **Conner Slevin**<br>cslevin7@gmail.com | | **Signed**<br>on 7/2/2024 \| 01:38:33 pm<br>Signed in location |
| 2 | ✓ **Jessica Molligan**<br>jessicamolligan@comcast.com | CC | **Copy Received**<br>Sent on 7/2/2024 \| 01:38:34 pm |
| 3 | ✓ **J. Luke Sanderson**<br>luke@wcwslaw.com | CC | **Copy Received**<br>Sent on 7/2/2024 \| 01:38:34 pm |
| 4 | ✓ **BJ Wade**<br>bjwade0@gmail.com | CC | **Copy Received**<br>Sent on 7/2/2024 \| 01:38:35 pm |
| 5 | ✓ **Ben Brumleve**<br>ben@wcwslaw.com | CC | **Copy Received**<br>Sent on 7/2/2024 \| 01:38:35 pm |

## Message

Please find a Settlement Agreement & Release for your signature. Thank you! Kim Wallace, Secretary to J. Luke Sanderson



Copyright © 2025 Docusign, Inc. All rights reserved