Jessica Molligan, OSB #001823
E-mail: jessicamolligan@comcast.net
PO Box 16893
Portland, Oregon 97292
Telephone: (971) 350-7347

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CONNER SLEVIN, an individual,

Plaintiff,

v.

AB HOLLYWOOD, LLC, a limited liability company,

Defendant.

Case No 3:23-cv-01404-YY

**SUPPLEMENTAL DECLARATION OF JESSICA MOLLIGAN IN SUPPORT OF JESSICA MOLLIGAN'S OBJECTION TO AND REQUEST FOR DISTRICT COURT RECONSIDERATION OF MAGISTRATE YOU'S OCTOBER 2, 2025, OPINION AND ORDER**

I, Jessica Molligan, hereby declare that:

1. Attached as Exhibit 1 is a true and accurate copy of the pertinent portions of plaintiff Conner Slevin's deposition taken on October 13, 2025, in *Conner Slevin v. Jessica Lee Molligan*, Multnomah Co. Case No. 24CV37526.

2. Attached as Exhibit 2 is a true and accurate copy of the Representation Agreement between Mr. Slevin, attorneys B.J. Wade, and Luke Sanderson dated June 25, 2022. This was Exhibit 2 to the deposition of Mr. Slevin taken in the matter described in paragraph 1 of this declaration.

3. Attached as Exhibit 3 are true and accurate copies of email correspondence between the parties regarding settlement.

4. Attached as Exhibit 4 is a true and accurate copy of emails I sent to defense counsel regarding the property inspection.

5. Attached as Exhibit 5 is a true and accurate copy of the KGW news article titled, Portland businesses hit with ADA complaints, demands for thousands in attorney's fees."

6. Attached as Exhibit 6 is a true and accurate copy of AB Hollywood, LLC's Amended Annual Report filed with the Oregon Secretary of State on May 6, 2025.

7. Attached as Exhibit 7 is a true and accurate copy of the Second Amended Complaint Mr. Slevin filed in his lawsuit against me: *Conner Slevin v. Jessica Lee Molligan*, Multnomah Co. Case No. 24CV37526.

8. Attached as Exhibit 8 is a true and accurate copy of the ORCP 17 motion for sanctions my attorneys filed on my behalf in Mr. Slevin's lawsuit against me: *Conner Slevin v. Jessica Lee Molligan*, Multnomah Co. Case No. 24CV37526.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 17th day of November 2025.

*/s/ Jessica Molligan*
Jessica Molligan, OSB No. 001823