**Iain M. R. Armstrong,** OSB #142734
Iain.Armstrong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant AB Hollywood, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

CONNER SLEVIN, an individual,

Plaintiff,

vs.

AB HOLLYWOOD, LLC, a limited liability company,

Defendant.

Case No. 3:23-cv-01404-YY

**JUDGMENT FOR ATTORNEYS' FEES**
**(Includes Money Award)**

Pursuant to the order of Magistrate Judge Youlee Yim You on August 21, 2026 [ECF 91], Defendant AB Hollywood, LLC ("defendant"), through undersigned counsel, submits their judgment for attorneys' fees.

NOW, therefore, the Court being fully advised, it is hereby ORDERED AND ADJUDGED that judgment is entered in Defendant's favor as follows:

1. Plaintiff's claim against Defendant is dismissed with prejudice.
2. Defendant is awarded judgment for its attorneys' fees in the amount of

$43,460.00, plus post-judgment interest on the total amount due at the rate of 9% per annum from entry of judgment until payment in full.

**MONEY AWARD TO AB HOLLYWOOD, LLC**

| | |
|---|---|
| 1. Judgment Creditors: | AB Hollywood, LLC<br>1785 Willamette Falls Dr., Ste 2<br>West Linn, OR 97068 |
| 2. Judgment Creditors' Attorneys | Iain Armstrong |
| 3. Judgment Debtor | Jessica Molligan |
| 4. Judgment Debtor's Attorneys | Unknown |
| 5. Principal Amount of Judgment | $43,460.00 |
| 6. Prejudgment Interest | None |
| 7. Attorneys' Fees Awarded | $43,460.00 |
| 8. Costs Awarded | None |
| 9. Post-judgment interest | Pursuant to 28 U.S.C. 1961 |

DATED: November ______________, 2026

______________________________________
United States Magistrate Judge Youlee Yim You

Submitted by:

Iain M.R. Armstrong, OSB #142734
Iain.Armstrong@lewisbrisbois.com
Telephone: 971.712.2800
Facsimile: 971.712.2801
*Attorneys for Defendant AB Hollywood, LLC*